UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEROME EUGENE TODD, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR 03-278-TSZ <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on January 23, 2008. The United States was represented by Assistant United States Attorney Ye-Ting Woo, and the defendant by Jennifer Horwitz. The proceedings were digitally recorded.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 2. On or about September 24, 2004, defendant was sentenced by the Honorable Thomas S. Zilly to a term of one (1) day in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program, financial disclosure, $18,400 restitution, search, no new credit, and disclose all assets and liabilities.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons dated October 22, 2007, U.S. Probation Officer Calvin Bouma asserted the following violations by defendant of the conditions of his supervised release:

(1) Establishing a new line of credit on or about August 23, 2006, in violation of the special condition that he not incur new lines of credit or open additional lines of credit without the approval of the probation officer.

(2) Failing to report a change in residence on or about August 23, 2006, in violation of standard condition no. 6.

(3) Failing to submit truthful and complete monthly reports for the months of December 2006 through May 2007, in violation of standard condition no. 2.

(4) Failing to answer truthfully all inquiries by the probation officer in violation of standard condition no. 3.

(5) Possession of a weapon on or about July 12, 2007, in Snohomish County, Washington, in violation of the general condition that he not possess a firearm, destructive device, or any other dangerous weapon.

(6) Committing the crime of Promoting Prostitution, First Degree (RCW 9A.88.070), a Class B felony, on various dates in 2007 in Snohomish County, Washington, in violation of the general condition that he not commit another federal, state, or local crime.

(7) Using marijuana on or about September 24, 2007, in violation of standard condition no. 7.

On October 31, 2007, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On January 23, 2008, this matter came before the Court for an evidentiary hearing. After being advised of his rights, defendant admitted to violations 3, 4, and 7. Alleged violations 1, 2, 5 and 6, were withdrawn and dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violations 3, 4 and 7, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Thomas S. Zilly on February 15, 2008, at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 23rd day of January, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:            Honorable Thomas S. Zilly
     AUSA:                      Ms. Ye-Ting Woo
     Defendant's attorney:      Ms. Jennifer Horwitz
     Probation officer:         Mr. Calvin Bouma